**Order filed November 3, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00610-CV
_____

**DOWNTOWN PERFORMANCE MEDICAL CENTER, Appellant**

**V.**

**CANALES MORGAN, LLP, THE MORGAN LAW OFFICE, and GORDON MORGAN, Individually, Appellees**

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-44738**

---

## O R D E R

Appellant's brief was due **September 30, 2011**. No brief or motion for extension of time has been filed.

Unless appellant files a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **November 28, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM